Case: 64CI1:21-cv-00275-P1   Document #: 1   Filed: 08/18/2021   Page 1 of 2

# COVER SHEET

## Civil Case Filing Form

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2009)

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| County #   Judicial   Court ID | 2021 | CIV275 |
| District   (CH, CI, CO) | | |
| Month   Date   Year | | **Local Docket ID** |
| This area to be completed by clerk | | **Case Number if filed prior to 1/1/94** |

Court Identification Docket #: 64 13 CI
Month Date Year: 08 18 21

**FILED**
AUG 18 2021
SIMPSON COUNTY CIRCUIT COURT

| In the CIRCUIT | Court of SIMPSON | County — | Judicial District |
|---|---|---|---|

**Origin of Suit** (Place an "X" in one box only)

[X] Initial Filing    [ ] Reinstated    [ ] Foreign Judgment Enrolled    [ ] Transfer from Other court    [ ] Other
[ ] Remanded    [ ] Reopened    [ ] Joining Suit/Action    [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual** Teater     Ronnie

   Last Name       First Name       Maiden Name, if applicable     M.I.   Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
   D/B/A or Agency _____

**Business** _____

   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
   D/B/A _____

**Address of Plaintiff** 200 Mitchell Street, Mendenhall, MS 39114

**Attorney (Name & Address)** T. Mark Sledge, 587 Highland Colony Parkway, Ridgeland, MS 39157     MS Bar No. 6842

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual**

   Last Name       First Name       Maiden Name, if applicable     M.I.   Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
   D/B/A or Agency _____

**Business** Montezumas Revenge, Inc., Morrow, Georgia

   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
   D/B/A _____

**Attorney (Name & Address) - If Known** _____     MS Bar No. _____

**Damages Sought:** Compensatory $ _____    Punitive $ _____    Check ( x ) if child support is contemplated as an issue in this suit.*

*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce: Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Termination of Parental Rights
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other _____

**Appeals**
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Worker's Compensation
[ ] Other _____

**Business/Commercial**
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other _____

**Probate**
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Other _____

**Children/Minors - Non-Domestic**
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion Minor
[ ] Removal of Minority
[ ] Other _____

**Civil Rights**
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[ ] Other _____

**Contract**
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[ ] Other _____

**Statutes/Rules**
[ ] Bond Validation
[ ] Civil Forfeiture
[ ] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other _____

**Real Property**
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other _____

**Torts**
[ ] Bad Faith
[ ] Fraud
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[X] Negligence - Motor Vehicle
[ ] Product Liability
[X] Wrongful Death
[ ] Other _____

**CERTIFIED AND ATTESTED A TRUE COPY**
THIS 16 DAY OF _____ 2021
WITT FORTENBERRY CIRCUIT CLERK
BY _____ D.C.

**IN THE** CIRCUIT **COURT OF** SIMPSON **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____ _____        Docket No. If Filed
          File Yr          Chronological No.          Clerk's Local ID          Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual**: Teater _____ Victor _____ ( _____ )   B ___   _____
                   Last Name          First Name          Maiden Name, if Applicable       Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

          Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

          D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

          D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual**: _____ - _____ ( _____ )   ___   _____
                   Last Name          First Name          Maiden Name, if Applicable       Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

          Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

          D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

          D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual**: _____ _____ ( _____ )   ___   _____
                   Last Name          First Name          Maiden Name, if Applicable       Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

          Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

          D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

          D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT_____ COURT OF SIMPSON_____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____    Docket No. If Filed
       File Yr     Chronological No.      Clerk's Local ID     Prior to 1/1/94___    _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual**: Corey_____ Dunbar_____ (_____ ) M_____ _____
            Last Name           First Name         Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

     D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual**: _____ _____ (_____ ) _____ _____
            Last Name           First Name         Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

     D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual**: _____ _____ (_____ ) _____ _____
            Last Name           First Name         Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

     D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER** CERTIFIED AND ATTESTED A TRUE COPY                    **PLAINTIFFS**

                    THIS ⟨16⟩ DAY OF ⟨Sept⟩ 20⟨21⟩  ⟨ACTION⟩ NO. ⟨21-CV-275⟩
**v.**                    WITT FORTENBERRY, CIRCUIT CLERK

                    BY ⟨_____⟩                    D.C.
**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**                    **DEFENDANTS**

---

## COMPLAINT

---

### JURY TRIAL REQUESTED

### DISCOVERY ATTACHED

COME NOW Plaintiffs, RONNIE TEATER and VICTOR BRAYDEN TEATER, and files this

their Complaint against Montezumas Revenge, Inc. and Corey Monshaw Dunbar, and in support

thereof would show unto the Court the following, to-wit:

### PARTIES

1.    Plaintiff RONNIE TEATER, (hereinafter "Plaintiff") is an adult resident citizen of

Mendenhall, Mississippi, whose address is 200 Mitchell Street, Mendenhall, Mississippi 39114.

2.    Plaintiff VICTOR BRAYDEN TEATER, (hereinafter "Plaintiff") is an adult resident

citizen of Mendenhall, Simpson County, Mississippi, whose address is 200 Mitchell Street,

Mendenhall, Mississippi 39114.

3.    Defendant MONTEZUMAS REVENGE, INC., who was engaged in commerce in

Simpson County, Mississippi, at the time of the crash (hereinafter "Defendant") is a Georgia

corporation, with its principle place of business in Norcross, Georgia. Defendant may be served

FILED

AUG 18 2021

SIMP___ N COUNTY
CI___ ___IT COURT

with process pursuant to the Mississippi Rules of Civil Procedure by serving its registered agent, C. T. Corporation System, at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

4.   Defendant COREY MONSHAW DUNBAR, who was the driver of the 18-wheeler involved in the crash in Simpson County, Mississippi, (hereinafter "Defendant") is an adult resident citizen of Morrow, Georgia, whose address is 6449 Pinebark Way, Morrow, Georgia 30260-1747, where he may be served with process.

<h2 align="center">FACTS</h2>

5.   That on or about the 10th day of March, 2021, Plaintiffs were traveling North on Highway 49 in Simpson County, Mississippi, when an 18-wheeler headed South on Highway 49, driven and owned by Corey Monshaw Dunbar, made a U-turn into the Northbound lane of Highway 49 in front of Plaintiffs' vehicle causing Plaintiff's vehicle to strike the rear of Defendant's 18-wheeler, which was stopped or traveling at an extremely slow speed at the time of the wreck.

<h2 align="center">CAUSES OF ACTION</h2>

6.   The Defendant, Corey Monshaw Dunbar's conduct as described above was negligent and/or grossly negligent and as a direct and proximate result of the Defendant Dunbar's negligent and/or grossly negligent conduct, the Plaintiff, Victor Brayden Teater, suffered severe and permanent injuries and damages and Plaintiff, Ronnie Teater, suffered total loss of his vehicle, and they are, therefore, entitled to recover damages from the Defendants for the negligence and/or gross negligence of the Defendants.

7.   Defendant Dunbar's failure to operate the his 18-wheeler in a safe, proper and lawful manner constituted a failure to exercise the duties imposed upon him of due care.  The

- 2 -

Defendants breached their duty of due care to the Plaintiffs in the following manner by their

negligent and grossly negligent actions and failures to act:

  **a.** By making a U-turn into oncoming traffic on a U.S. Highway;

  **b.** By failing to give any warning that he was making a U-turn into a lane of traffic;

  **c.** By traveling at an unlawfully slow speed on a U.S. Highway;

  **d.** By failing to warn that he was traveling at an unlawfully slow speed a U.S. Highway;

  **e.** By not operating his vehicle in a lawful and safe manner;

  **f.** In failing to keep a proper lookout;

  **g.** In failing to properly train, supervise and educate drivers as to the proper course of conduct on the highway;

  **h.** By violating and failing to follow the traffic laws of the State of Mississippi;

  **n.** By failing to follow the rules, regulations and laws that govern the holder of a commercial driver's license;

  **o.** By failing to follow the rules, regulations and laws that govern the operation of a commercial vehicle;

  **p.** Negligence *per se*;

  **q.** By failing to follow and abide by the Federal Motor Carrier Safety Regulations as adopted by the State of Mississippi;

  **r.** Otherwise being negligent as a matter of law as further discovery may reveal; and

  **s.** By other negligent actions to be shown at the trial of this cause.

**8.** That Defendant Dunbar was acting within the scope of his employment with

Defendant Montezumas Revenge, Inc. at the time of said collision and, therefore, Defendant

Montezumas Revenge, Inc. is vicariously liable pursuant to the doctrine of *respondent superior*.

**9.** That the Defendants were negligent and/or grossly negligent, exhibited reckless

disregard for the safety of the others and their negligent actions were the sole proximate cause of

the injuries and property damages of Plaintiffs.

**10.** That the Defendants were negligent and/or grossly negligent in operation of the truck

and for all the reasons listed above. The acts and omissions of the Defendants violated the laws

- 3 -

of the State of Mississippi and the regulations of the Federal Motor Carrier Safety Administration as adopted by the State of Mississippi, and their conduct was so palpably opposed to the dictates of common prudence that it can be said without hesitation or doubt that no careful person would have been guilty of it and it, therefore, constitutes negligence *per se*.

11. That as a proximate result of the aforesaid negligence and or gross negligence of the Defendants, the Plaintiff was injured. That due to the improper, unlawful and/or negligent operation of the motor vehicle involved as set forth above, it was foreseeable by the Defendants that said collision would occur.

## DAMAGES

12. Defendants acted with actual malice and/or gross negligence which evidences a willful, wanton or reckless disregard for the safety of the Plaintiffs and Plaintiffs are, therefore, entitled to an award of punitive damages.

13. As a proximate cause and consequence of the Defendants' negligence, the Plaintiff, Victor Brayden Teater, was caused to suffer and will be caused to suffer in the future severe permanent personal injuries. Victor Brayden Teater's injuries include, but are not limited to, serious life-threatening injuries. The injuries suffered by the Plaintiff are physical, mental and emotional. All of which will continue into the future. As a result of his injuries, Plaintiff was caused to incur and is continuing to incur and will incur in the future Doctor bills, medical bills, hospital bills, drug bills, physical therapy bills, medical appliance and application bills. Plaintiff has lost time and income from work since the wreck and will loose time and income in the future as well as a loss of wage earning capacity. Since the wreck and for the balances of his life Plaintiff will endure pain and suffering, scarring, emotional distress, as well as other damages to be proven at trial and in an amount to be determined by the trier of fact at trial.

- 4 -

**14.** As a proximate cause and consequence of the Defendants' negligence, Plaintiff Ronnie Teater, was caused to suffer property damage which resulted in the total loss of his vehicle.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment of and from Defendants, awarding Plaintiffs full damages to which they entitled, including, but not limited to, compensatory damages, punitive damages, special damages, property damage, pre-judgment and post-judgment interest, attorney fees and other damages to be shown at trial in an amount to be determined by a Simpson County Jury. Plaintiffs demand such further relief as this Court, or the trier of fact, deems just.

THIS, the 6th day of August, 2021.

RONNIE TEATER AND VICTOR BRAYDEN
TEATER, PLAINTIFFS

By: _____
     T. MARK SLEDGE

T. Mark Sledge (MSB#6842)
Attorney at Law, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 499-0995
Facsimile: (601) 427-0050
mark@sledgelawfirm.com

Marc E. Brand (MSB#4301)
Marc E. Brand and Associates
Post Office Box 3508
Jackson, Mississippi 39207
Telephone: (601) 354-7878
Facsimile:  (601) 718-6125
marc@brandlawfirm.com

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**                                    **PLAINTIFFS**

v.                                    CIVIL ACTION NO.
                                         21-CV-275

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**                                    **DEFENDANTS**

---

## S U M M O N S

---

### THE STATE OF MISSISSIPPI

### COUNTY OF RANKIN

TO:    Montezumas Revenge, Inc.
       c/o C. T. Corporation System
       645 Lakeland East Drive, Suite 101
       Flowood, Mississippi 39232

**CERTIFIED AND ATTESTED A TRUE COPY**
THIS _16_ DAY OF _September_ 20_21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT, PLAINTIFFS' FIRST SET OF INTERROGATORIES; PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS, AND PLAINTIFFS' FIRST SET OF
REQUESTS FOR ADMISSIONS, ATTACHED TO THIS SUMMONS, ARE IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AND
RESPONDING TO THE PROPOUNDED DISCOVERY AS PROVIDED BY LAW AND/OR THE
MISSISSIPPI RULES OF CIVIL PROCEDURE.

You are required to mail or hand deliver a copy of a written response to the Complaint to
T. Mark Sledge whose address is 587 Highland Colony Parkway, Ridgeland, Mississippi 39157,
the attorney for the Plaintiffs. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this Summons and Complaint or a judgment by default will be
entered against you for the money or other things demanded in the Complaint. You must also
respond to the propounded discovery within forty-five (45) days from the date of service.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this the 18th day of August, 2021.

WITT FORTENBERRY
SIMPSON COUNTY CIRCUIT COURT CLERK

By: _Kathy Breen_ ,D.C.

**PROOF OF SERVICE - Summons**

CERTIFIED AND ATTESTED A TRUE COPY
THIS _16_ DAY OF _September_ _2 r_ 20 _21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ D.C.

Name of Person or Entity Served

I, the undersigned, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

☐   I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2021.

☐   I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2021, by United States Mail, Postage Prepaid, Certified, Return Receipt Requested.

☐   After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to _____ within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2021, at the usual place of abode of said _____ by leaving a true copy of the Summons and Complaint with _____, who is the _____ (here insert wife, husband, son, daughter or other person as the case may be) a member of the family of the person served above the age of 16 years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid), a copy to the person served at his or her usual place of abode where the copies were left.

☐   I was unable to serve the Summons and Complaint.

At the time of the service I was at least 18 years of age and not a party to this action.

I, _____, served the above Summons and copy of the Complaint on _____, 2021, in the manner set forth above.

_____

SWORN TO AND SUBSCRIBED before me, on this, the _____ day of _____ 2021.

_____
NOTARY PUBLIC

My Commission Expires:

_____

- 3 -

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**

**PLAINTIFFS**

v.

CIVIL ACTION NO. 21-CV-275

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**

**DEFENDANTS**

---

# S U M M O N S

---

### THE STATE OF GEORGIA

### COUNTY OF CLAYTON

**CERTIFIED** AND ATTESTED A TRUE COPY
THIS __16__ DAY OF _September_ 20 _21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ D.C.

**TO:**   **Corey Monshaw Dunbar**
          **6449 Pinebark Way**
          **Morrow, Georgia 30260-1747**

### NOTICE TO DEFENDANT

THE COMPLAINT, PLAINTIFFS' FIRST SET OF INTERROGATORIES; PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS, AND PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS, ATTACHED TO THIS SUMMONS, ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AND RESPONDING TO THE PROPOUNDED DISCOVERY AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

You are required to mail or hand deliver a copy of a written response to the Complaint to T. Mark Sledge whose address is 587 Highland Colony Parkway, Ridgeland, Mississippi 39157, the attorney for the Plaintiffs. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also respond to the propounded discovery within forty-five (45) days from the date of service.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the _18th_ day of August, 2021.

WITT FORTENBERRY
SIMPSON COUNTY CIRCUIT COURT CLERK

BY: _Kathy Breen_ ,D.C.

**PROOF OF SERVICE - Summons**

CERTIFIED AND ATTESTED A TRUE COPY
THIS _16_ DAY OF _September_ 20 _21_
WITT FORTENBERRY CIRCUIT CLERK
BY _____ D.C.

_____
Name of Person or Entity Served

I, the undersigned, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

☐    I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2021.

☐    I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2021, by United States Mail, Postage Prepaid, Certified, Return Receipt Requested.

☐    After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to _____ within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2021, at the usual place of abode of said _____ by leaving a true copy of the Summons and Complaint with _____, who is the _____ (here insert wife, husband, son, daughter or other person as the case may be) a member of the family of the person served above the age of 16 years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid), a copy to the person served at his or her usual place of abode where the copies were left.

☐    I was unable to serve the Summons and Complaint.

At the time of the service I was at least 18 years of age and not a party to this action.

I, _____, served the above Summons and copy of the Complaint on _____, 2021, in the manner set forth above.

_____

SWORN TO AND SUBSCRIBED before me, on this, the _____ day of _____ 2021.

_____
NOTARY PUBLIC

My Commission Expires:

_____

- 3 -

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**                                         **PLAINTIFFS**

CERTIFIED AND ATTESTED A TRUE COPY
THIS _16_ DAY OF _September_, 20_21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _WA_

**v.**                                                       CIVIL ACTION NO. _21-CV-275_

F I L E D

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**                    **AUG 18 2021**                **DEFENDANTS**

SIMPSON COUNTY
CIRCUIT COURT

## PLAINTIFF'S FIRST SET OF INTERROGATORIES
## AND REQUESTS FOR PRODUCTION OF DOCUMENTS
## PROPOUNDED TO DEFENDANT, MONTEZUMAS REVENGE, INC.

COMES NOW Plaintiffs, RONNIE TEATER and VICTOR BRAYDEN TEATER, (hereinafter "Plaintiffs") by and through their attorneys, and files this, their First Set of Interrogatories and Request for Production of Documents Propounded to Defendants, and said Plaintiffs hereby request that these interrogatories be answered as provided for in the Mississippi Rules of Civil Procedure, said interrogatories are as follows:

### INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify each and every officer, agent or employee of the Defendant MONTEZUMAS REVENGE, INC. (hereinafter "Defendant") who is supplying or assisting in supplying the answers to the Interrogatories and describe his or her title, duties, and responsibilities.

**INTERROGATORY NO. 2:** Please state the full and correct name of the Defendant, business entity, the exact nature of the entity, the date of the formation, the state in which it is incorporated, if incorporated, the exact location of the business entity, the major business of the

business entity, the type and nature of the business performed and the date the business entity was authorized to do business in the State of Mississippi.

**INTERROGATORY NO. 3:**  Please state whether Defendant was the owner of the truck that was involved in the incident described in the Plaintiffs' Complaint and if not, please state the name and address of the owner and state whether Defendant had any interest in or to that vehicle, and if so, describe in detail the nature and extent of that interest including any lease or rental agreement and give the terms of any rental or lease agreement.

**INTERROGATORY NO. 4:**  Please state whether the driver, COREY MONSHAW DUNBAR (hereinafter "Driver") was hired, contracted with or employed by Defendant on March 10, 2021 and if so, describe in detail his position, the nature and scope of his activities in that position, and include his scheduled working hours for March 9, 2021 and March 10, 2021.  Also, please indicate whether Corey Monshaw Dunbar is employed by or had any type of working relationship with Defendant Montezumas Revenge, Inc., on the date of the Response to these Interrogatories.

**INTERROGATORY NO. 5:**  If you contend that Driver was <u>not</u> acting within the scope and course of his employment at the time of the collision in question, please state each and every fact upon which you rely to base your claim and the name, address, telephone number and employer of each and every person who has knowledge of such information.

**INTERROGATORY NO. 6:**  Please state the name, address, telephone number and employer of each and every person known to you or your representatives who claims to have any knowledge of the circumstances surrounding the collision in question or subsequent investigation of the same..

**INTERROGATORY NO. 7:**  At the time of the collision in question, was Defendant, or Driver or the truck or load, protected against or possibly protected against the type of liability alleged

in the Complaint by any insurance, excess insurance or "umbrella" coverage? If so, for each policy state the name, address, telephone number of the insurer(s), the names and addresses of the insured(s), the policy number, the effective dates, the nature of the coverage, the limits of liability coverage, including coverage for one or more than one person, and the name and address of the custodian(s) of the policies at the present time. By way of Request for Production of Documents, please attach a copy of the "dec page" of any such policy.

**INTERROGATORY NO. 8:**  Please identify each and every person you expect to call as an expert witness at the trial of this matter and for each expert witness, please state their name and address, the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and summary of the grounds for each opinion. Also, please provide expert's C.V. and a list of prior testimony for the last 10 years.

**INTERROGATORY NO. 9:**  Please state whether any person has made any statement, written or otherwise, while being interviewed or questioned by you or in your behalf, in connection with the collision herein, and if so, for each statement, indicate the name, address, place of employment and relationship to you of the maker, the date of making, the place of making, how or whether written or oral, and whether signed or unsigned, the names and addresses of all persons present at the time the statement was made, the name and address of the person taking said statement and the person presently having custody or control of statement.

**INTERROGATORY NO. 10:**  If it is your position that the Plaintiff in any way caused or contributed to this collision, please completely describe how or why Plaintiff was in any way at fault and give any reason or basis for such a contention. If your contention is based upon findings of any investigation or statements from a witness, please give the name, address, job title, employer and telephone number of every witness or investigator who obtained said information.

- 3 -

**INTERROGATORY NO. 11:** Please list all other collisions involving any vehicle operated by Montezumas Revenge, Inc., from March 10, 2020 until March 10, 2021. For each such collision, give the driver's name, type and number of vehicles involved, date, location, injuries and/or deaths and indicate if the Montezumas Revenge, Inc. driver was at fault.

**INTERROGATORY NO. 12:** Did Driver complete an application for employment or any paperwork prior to employment by Defendant? If so, by way of Request for Production of Documents, please attach a copy of the completed application to your response hereto, as well as a copy of any document that evidences verification of any item in the application.

**INTERROGATORY NO. 13:** Was the truck involved in the collision repaired? If so, please state the following:

    **a.** Who performed the repairs;

    **b.** Were any documents prepared concerning the repairs;

    **c.** Who is the custodian of the documents; and

    **d.** By way of Request for Production of Documents, please attach a copy of all such documents to your responses hereto.

**INTERROGATORY NO. 14:** Were any accident reports (other than the Mississippi Uniform Crash Report) prepared as a result of the incident at issue herein? If so, please state the following:

    **a.** The preparer of the report;

    **b.** With whom the report was filed and when the report was filed;

    **c.** The custodian of the report; and

    **d.** By way of Request for Production of Documents, please attach a copy of the report to your responses to Interrogatories herein.

**INTERROGATORY NO. 15:** Describe and explain in detail the method of calculating Driver's pay, compensation, wages, salary, bonus, and/or commission for driving and/or operating

- 4 -

for Defendant. By way of Request for Production of Documents, please attach copies of pay records for 180 days prior to the collision.

**INTERROGATORY NO. 16:** Was Driver in compliance with all state and federal requirements and regulations for a truck driver at the time of the crash on March 10, 2021? If so, please give the name, address, telephone number, job description, job title, duties of the person verifying compliance.

**INTERROGATORY NO. 17:** Please describe how Defendant communicated with Driver, including whether he was provided a company cell phone or used his personal cell phone, the number and carrier for such cell phone or if Defendant Montezumas Revenge, Inc., communicated with their driver by some other device. Also, please indicate who paid any bill for any such service.

**INTERROGATORY NO. 18:** By way of production of documents, please provide the most recent financial statement of Defendant and tax returns for the last five years.

**INTERROGATORY NO. 19:** Please fully describe the complete assigned trip that Defendant Corey Monshaw Dunbar was expected to make on March 10, 2021, how and by whom he was dispatched, including his expected departure location and the time of the same, all expected stops, duties during stops, including, but not limited to, loading or unloading his truck, and the expected location and time of the conclusion of his trip. Also, please state whether the load or loads being transported on the day of the collision were in any way time-sensitive and, if so, explain how said loads were time-sensitive. In your explanation of Defendant Corey Monshaw Dunbar's March 10, 2021 trip, please also include times for all Federal Motor Carrier Safety Regulations mandated time elements, including, but not limited to, pre-trip inspection, load checks, driver breaks, meal breaks, post-trip inspections, etc. Also, please indicate whether this was his standard trip and, if so, how long Mr. Dunbar had this trip as his standard trip.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** The application for employment with Defendant submitted or completed by Driver.

**REQUEST FOR PRODUCTION NO. 2:** The Certificate of Defendant Corey Monshaw Dunbar's Road Test completed by the person or persons who tested Driver pursuant to 49 C.F.R. Section 391.31 and/or the laws of the State of Mississippi.

**REQUEST FOR PRODUCTION NO. 3:** The Record of Road Test completed by the person or persons who either tested or supervised the testing of Defendant Corey Monshaw Dunbar pursuant to 49 C.F.R. Section 391.33 and/or the laws of the State of Mississippi.

**REQUEST FOR PRODUCTION NO. 4:** The Certificate of Written Examination completed by the person or persons who either administered or supervised the administration of the written examination given Defendant Corey Monshaw Dunbar as required by 49 C.F.R. Section 391.35 and/or the laws of the State of Mississippi.

**REQUEST FOR PRODUCTION NO. 5:** The written examination administered to Defendant Corey Monshaw Dunbar, including his answers thereto which was administered pursuant to 49 C.F.R. Section 391.35 and/or the laws of the State of Mississippi.

**REQUEST FOR PRODUCTION NO. 6:** The Certificate of Physical Examination completed by any physician who has examined Defendant Corey Monshaw Dunbar pursuant to 49 C.F.R. Section 391.41, *et seq.* and/or the laws of the State of Mississippi.

**REQUEST FOR PRODUCTION NO. 7:** The report or forms completed by the physician who examined Defendant Corey Monshaw Dunbar pursuant to 49 C.F.R. Section 391.41, *et seq.* and/or the laws of the State of Mississippi.

- 6 -

**REQUEST FOR PRODUCTION NO. 8:** Any forms submitted by Defendant Corey Monshaw Dunbar pursuant to 49 C.F.R. Section 391.27 and/or the laws of the State of Mississippi during the entire length of his employment by or with Defendant Montezumas Revenge, Inc.

**REQUEST FOR PRODUCTION NO. 9:** All forms or reports completed by Defendant Montezumas Revenge, Inc., or its officers, employees or agents during the entire length of Defendant Corey Monshaw Dunbar's employment demonstrating that the annual review of Defendant Corey Monshaw Dunbar's driving record was performed pursuant to 49 C.F.R. Section 391.25 and/or the laws of the State of Mississippi.

**REQUEST FOR PRODUCTION NO. 10:** The Request for Check of Driving Record submitted to any governmental or private entity by Defendant Montezumas Revenge, Inc., or its officers, employees or agents requesting a copy of the driving record of Defendant Corey Monshaw Dunbar and the results received in response to the request(s).

**REQUEST FOR PRODUCTION NO. 11:** The results of all pre-employment, periodic, random or post accident controlled substance or alcohol testing of Defendant Corey Monshaw Dunbar.

**REQUEST FOR PRODUCTION NO. 12:** The Request for Information from previous employers submitted to all former employers of Defendant Corey Monshaw Dunbar by Defendant or its officers, employees or agents and the results received in response to the request(s).

**REQUEST FOR PRODUCTION NO. 13:** The entire personnel file, cover to cover, of Defendant Corey Monshaw Dunbar.

**REQUEST FOR PRODUCTION NO. 14:** All notes or other records included in the Defendant Monshaw Dunbar's qualification file for Defendant Corey Monshaw Dunbar which set

- 7 -

forth the dates all annual reviews of the driving record of Defendant Corey Monshaw Dunbar were performed.

**REQUEST FOR PRODUCTION NO. 15:** The entire Driver's qualification file, cover to cover, of Defendant Corey Monshaw Dunbar.

**REQUEST FOR PRODUCTION NO. 16:** The Driver's Duty Status Records of Defendant Corey Monshaw Dunbar that were completed by Defendant Corey Monshaw Dunbar covering the time period of January 10, 2021 through and including March 10, 2021, which relate to Defendant Corey Monshaw Dunbar's operation of any vehicles owed, leased or controlled by Defendant Montezumas Revenge, Inc.

**REQUEST FOR PRODUCTION NO. 17:** The Driver's Daily or Multi-Daily Log or Log Book of Defendant Corey Monshaw Dunbar, that Defendant Corey Monshaw Dunbar completed covering the time period of January 10, 2021, through and including March 10, 2021, which relate to Defendant Corey Monshaw Dunbar's operation of any vehicles owned, leased or controlled by Defendant Montezumas Revenge, Inc.

**REQUEST FOR PRODUCTION NO. 18:** The on-board computer records that relate to Defendant Corey Monshaw Dunbar's operation of any vehicles owned, leased or controlled by Defendant Montezumas Revenge, Inc., for the period of time from February 10, 2021 through March 10, 2021. This includes, but is not limited to, hard braking reports.

**REQUEST FOR PRODUCTION NO. 19:** The Driver's Vehicle Inspection Reports for any vehicles operated by Defendant Corey Monshaw Dunbar from February 10, 2021, through and including March 10, 2021, which relate to any vehicles owned, leased or controlled by Defendant.

- 8 -

**REQUEST FOR PRODUCTION NO. 20:** The Driver's Pre-trip Check List completed by Defendant Corey Monshaw Dunbar prior to the departure on the trip in which Defendant Corey Monshaw Dunbar collided with the vehicle driven by the Plaintiff.

**REQUEST FOR PRODUCTION NO. 21:** A copy of the title for the truck operated by Defendant Corey Monshaw Dunbar on March 10, 2021.

**REQUEST FOR PRODUCTION NO. 22:** Any bills of lading, shipping invoices, manifests, waybills, routing slips or delivery schedules relating to the materials or goods hauled by Defendant Corey Monshaw Dunbar February 10, 2021 to March 10, 2021.

**REQUEST FOR PRODUCTION NO. 23:** All toll, fuel or other expense receipts obtained by Defendant Corey Monshaw Dunbar while operating any vehicles owned, leased or controlled by Defendant Montezumas Revenge, Inc., from February 10, 2021 to March 10, 2021.

**REQUEST FOR PRODUCTION NO. 24:** Any photographs, movies and videotapes taken by the Defendant Montezumas Revenge, Inc., by its agents, attorneys, investigators or insurance carriers, or in the possession of Defendant Montezumas Revenges, Inc., or its agents, attorneys, investigators or insurance carriers, which you may or intend to use in any deposition taken or in the trial of this cause, that reflect the scene of the collision which is the subject of the Complaint, the vehicles involving the collision or of any of the parties to this cause.

**REQUEST FOR PRODUCTION NO. 25:** Any photographs, movies and videotapes taken by the Defendant Montezumas Revenge, Inc., its agents, attorneys, investigators or insurance carriers, or in the possession of Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers, which you may or intend to use at the trial of this cause, that reflect the scene of the collision which is the subject of the Complaint, the vehicles involved in the collision or of any of the parties to this cause.

**REQUEST FOR PRODUCTION NO. 26:**  Any drawings or diagrams of the scene of the collision which is the subject of the Complaint which are in the possession and/or custody of the Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers, which you intend to use in any deposition taken in this cause.

**REQUEST FOR PRODUCTION NO. 27:**  Any drawing or diagrams of the scene of the collision which is the subject of the Complaint which are in the possession and/or custody of the Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers, which you intend to use at the trial of this cause.

**REQUEST FOR PRODUCTION NO. 28:**  Any exhibits prepared by the Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers, or in the possession of the Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers, which you intend to use at any deposition taken in this cause.

**REQUEST FOR PRODUCTION NO. 29:**  Any exhibits prepared by the Defendant Montezumas Revenge, Inc., or its agents, attorney, investigators or insurance carriers, or in the possession of the Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers, which you intend to use at the trial of this cause.

**REQUEST FOR PRODUCTION NO. 30:**  Any statements taken identified in response to Interrogatory No. 9.

**REQUEST FOR PRODUCTION NO. 31:**  Any and all Curriculum Vitae and a list of previous testimony for expert witnesses identified in response to Interrogatory No. 8.

**REQUEST FOR PRODUCTION NO. 32:**  Any and all photographs, statements and reports identified in response to Interrogatory No. 19.

**REQUEST FOR PRODUCTION NO. 33:** Any photos taken which depict the scene, parties or vehicles involved in this collision.

**REQUEST FOR PRODUCTION NO. 34:** Any and all statements given to any law enforcement agency identified in response to Interrogatory No. 14.

**REQUEST FOR PRODUCTION NO. 35:** A copy of Defendant Corey Monshaw Dunbar's complete employment file, including but not limited to his driving record and any citations or complaints included therein.

**REQUEST FOR PRODUCTION NO. 36:** A copy of any and all Safety Manual and Safety Inspection Records which Defendant Montezumas Revenge, Inc., keeps for its vehicles, trailers and their operators which are the subjects of this litigation.

**REQUEST FOR PRODUCTION NO. 37:** A copy of the application and/or claims for benefits and/or claims for payments submitted by Defendant Corey Monshaw Dunbar to any insurance company for worker's compensation, personal injuries and/or property damage allegedly sustained by the Defendant Corey Monshaw Dunbar in the collision which is the subject of the Complaint.

**REQUEST FOR PRODUCTION NO. 38:** All maintenance invoices in the possession, custody or control of Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers regarding the truck operated on March 10, 2021, which was involved in the collision alleged in the Complaint from the time period including February 10, 2021 through March 10, 2021. Maintenance invoices, as defined herein, include any mechanical services or products added to the motor vehicle that you owned or operated on March 10, 2021, repairs from this collision, and any mechanical operations performed on the motor vehicle for the time period stated herein.

**REQUEST FOR PRODUCTION NO. 39:**  Any statements, either written or recorded, made by Plaintiff or others who were in this collision, which are in the possession, custody or control of Defendant Montezumas Revenge, Inc., or its agents, attorneys, investigators or insurance carriers.

**REQUEST FOR PRODUCTION NO. 40:**  A certified copy of any liability insurance policies, including, but not limited to, any excess or umbrella policies covering Defendant Montezumas Revenge, Inc., or the truck operated by Defendant Corey Monshaw Dunbar on March 10, 2021, and for the load or loads being carried on that date.

**REQUEST FOR PRODUCTION NO. 41:**  All Compliance Reviews or Safety Reviews of Defendant Montezumas Revenge, Inc. (as defined by 49 C.F.R. § 385.3) performed by any state or federal governmental agency between March 10, 2021, up through and including the time of your response to this request to produce.

**REQUEST FOR PRODUCTION NO. 42:**  All Safety Management Controls (as defined by 49 C.F. R. § 385.3) that Defendant Montezumas Revenge, Inc., had in effect on March 10, 2021.

**REQUEST FOR PRODUCTION NO. 43:**  All safety ratings (as defined by 49 C.F.R. § 385.3) issued to Defendant Montezumas Revenge, Inc., by any state or federal governmental agency between March 10, 2021, up through and including the time of your response to this request to produce.

**REQUEST FOR PRODUCTION NO. 44:**  All notifications of safety ratings (as referenced in 49 C.F.R. § 385.11) provided to Defendant Montezumas Revenge, Inc., by any state or federal governmental agency.

**REQUEST FOR PRODUCTION NO. 45:**  A complete copy of any crash report prepared as a result of this collision.

- 12 -

**REQUEST FOR PRODUCTION NO. 46:** All requests submitted by Defendant Montezumas Revenge, Inc., for a change in safety rating pursuant to 49 C.F.R. § 385.15.

**REQUEST FOR PRODUCTION NO. 47:** All requests submitted by Defendant Montezumas Revenge, Inc., for a change in safety rating pursuant to 49 C.F.R. § 385.17.

**REQUEST FOR PRODUCTION NO. 48:** The permanent lease, contract or operating agreement for the truck operated by Defendant Corey Monshaw Dunbar on March 10, 2021.

**REQUEST FOR PRODUCTION NO. 49:** The trip lease for the truck operated by Defendant Corey Monshaw Dunbar on March 10, 2021.

**REQUEST FOR PRODUCTION NO. 50:** Copies of all trip envelopes, trip reports or expense sheets relating to any trips made by Defendant Corey Monshaw Dunbar from February 10, 2021 to March 10, 2021.

**REQUEST FOR PRODUCTION NO. 51:** All mobile, cellular phone and data records and bills for any communication device used by Defendant Corey Monshaw Dunbar while operating any vehicles owned, leased or controlled by Defendant from February 10, 2021 to March 10, 2021. Please include the numbers and/or e-mail addresses for said devices.

**REQUEST FOR PRODUCTION NO. 52:** Defendant Montezumas Revenge, Inc.'s policies and procedures relating to alcohol and drug testing.

**REQUEST FOR PRODUCTION NO. 53:** Defendant Montezumas Revenge, Inc.'s Safety Manual and/or employee handbook and any document covering driver, owner/operator or truck safety, maintenance, fleet safety programs, Defendant Corey Monshaw Dunbar standards, conduct and Defendant Corey Monshaw Dunbar education.

**REQUEST FOR PRODUCTION NO. 54:** Defendant Montezumas Revenge, Inc.'s Employee handbook or manual.

**REQUEST FOR PRODUCTION NO. 55:** Any and all documents associated with or generated as a result of any inspections performed pursuant to 49 C.F.R. Section 396.17 on the vehicle operated by Defendant Corey Monshaw Dunbar on March 10, 2021.

**REQUEST FOR PRODUCTION NO. 56:** All Risk Management Guidelines provided to Defendant Montezumas Revenge, Inc., by its liability insurance carrier or any other insurance carrier.

**REQUEST FOR PRODUCTION NO. 57:** All written requests made by Defendant Montezumas Revenge, Inc., and/or Defendant Corey Monshaw Dunbar to its liability insurance carrier or any other insurance carrier for any Risk Management Guidelines or Risk Management Plans.

**REQUEST FOR PRODUCTION NO. 58:** All Risk Management Plans prepared by or for Defendant Montezumas Revenge, Inc.

**REQUEST FOR PRODUCTION NO. 59:** All videos used for training of Defendant Corey Monshaw Dunbar or any other drivers employed by or on behalf of Defendant Montezumas Revenge, Inc.

**REQUEST FOR PRODUCTION NO. 60:** Any audits or reviews performed by Defendant Montezumas Revenge, Inc., or by any other person or entity of any Defendant Corey Monshaw Dunbar's Daily or Multi-Daily Log Books, expenses and/or Bills of Lading for Defendant Corey Monshaw Dunbar.

**REQUEST FOR PRODUCTION NO. 61:** Any sudden deceleration or hard braking report for any 18-wheeler operated by Defendant Corey Monshaw Dunbar for the time period March 10, 2019 through March 10, 2021.

**REQUEST FOR PRODUCTION NO. 62:** All information obtained for the date of the wreck that gives rise to this action from the Electronic Control Module or any other onboard data collection for the 18-wheeler operated by Defendant Corey Monshaw Dunbar.

**REQUEST FOR PRODUCTION NO. 63:** All exit reports of audits performed by the Bureau of Motor Carrier Safety or by any other state or federal agencies for Defendant Montezumas Revenge, Inc.

**REQUEST FOR PRODUCTION NO. 64:** All fuel and/or fleet card receipts for fuel obtained by Defendant Corey Monshaw Dunbar from March 9, 2021, to March 10, 2021.

**REQUEST FOR PRODUCTION NO. 65:** Please produce the following:

 **a.** Any other file kept on Defendant Corey Monshaw Dunbar;

 **b.** Any payroll and benefit records for Defendant Corey Monshaw Dunbar;

 **c.** All cancelled checks of any kind paid to Defendant Corey Monshaw Dunbar for the period of time from February 10, 2021, until and including March 10, 2021;

 **d.** Any and all records of health insurance claims, disability claims, sickness or doctors' excuses for Defendant Corey Monshaw Dunbar for March 10, 2021;

 **e.** Any work, trips, travel, truck driving and/or work of any type of Defendant Corey Monshaw Dunbar, whether he was the driver or co-driver, or assistant, or employed in another capacity, for March 9 and March 10, 2021. With regard to this request, please produce the following materials for all such work, trips, travel, truck driving or assisting:

  **(1)** pickup instructions;

  **(2)** route map;

  **(3)** dispatch records;

  **(4)** trip records/sheets;

  **(5)** toll records;

  **(6)** bills of lading;

  **(7)** freight records;

  **(8)** any other shipping documents;

  **(9)** billing records for load hauled;

- 15 -

      **(10)** load sheets or records of any and all records of any payments made or received or transferred or distributed regarding payments, profits, salaries, expenses, commissions, trip leases;

      **(11)** fuel tax receipts or trip sheets;

      **(12)** trip tickets;

      **(13)** settlement statements;

      **(14)** billing to any shippers;

      **(15)** payment to any shippers;

      **(16)** billing to any other person or corporation;

      **(17)** payments received from any other person or corporation;

      **(18)** expenses of any type of Defendant Corey Monshaw Dunbar;

      **(19)** gas receipts/fuel receipts;

      **(20)** credit card receipts;

      **(21)** telephone credit charges;

      **(22)** trip records;

      **(23)** time records;

      **(24)** weight records;

      **(25)** scale records;

      **(26)** brokerage payments or commissions paid or received; and,

      **(27)** billings to and payments received from any other person or corporation.

**f.**    Any and all credit card bills and receipts of Defendant Montezumas Revenge, Inc., for March 9 and March 10, 2021, including but not limited to Comcheck and Comdata;

**g.**    Any and all fuel records, tickets, receipts, summaries of Defendant Montezumas Revenge, Inc., for March 9 and March 10, 2021;

**h.**    Any and all toll receipts of Defendant Corey Monshaw Dunbar for March 9 and March 10, 2021;

**i.**    Any and all settlement sheets of Defendant Montezumas Revenge, Inc., for February 10, 2021, through March 10, 2021;

**j.**    All USDOT Safety Fitness Ratings of Defendant Montezumas Revenge, Inc., for March 10, 2021;

**k.**    Copies of all USDOT Safety Compliance Audits of Defendant Montezumas Revenge, Inc., for March 9 and March 10, 2021;

l.   All fuel tax reports of Defendant Montezumas Revenge, Inc., for March 9 and March 10, 2021;

m.   All state safety audits of Defendant Montezumas Revenge, Inc., for March 9 and March 10, 2021;

n.   All federal accident reports filed by Defendant Montezumas Revenge, Inc., for this collision which occurred March 10, 2021;

o.   All DOT inspection reports for Defendant Montezumas Revenge, Inc., for March 10, 2021;

p.   All long form DOT physicals of Defendant Corey Monshaw Dunbar;

q.   Any and all Seven Day Prior Forms for Defendant Corey Monshaw Dunbar for March 10, 2021;

r.   All DOT and State inspections of the tractor-trailer involved in the crash for March 10, 2021;

s.   Motor Carrier Safety Rating of Defendant Montezumas Revenge, Inc., for March 10, 2021;

t.   All fines of Defendant Montezumas Revenge, Inc., for January 1, 2021, through March 10, 2021 by DOT, state, and/or federal authority; and,

u.   Any conditional ratings of the Defendant Montezumas Revenge, Inc., by DOT, state or federal for March 10, 2021.

**REQUEST FOR PRODUCTION NO. 66:**  Produce all records for March 10, 2021, of any type which documents any driving or travel in a truck by Defendant Corey Monshaw Dunbar, and times and locations of all places traveled to and from by Defendant Corey Monshaw Dunbar.

**REQUEST FOR PRODUCTION NO. 67:**  The Defendant Corey Monshaw Dunbar's logs for March 10, 2021, of all his truck trips, including, but not limited to the names, addresses, employers of each and every person who saw, examined and/or copied any or all part of these logs.

**REQUEST FOR PRODUCTION NO. 68:**  Produce the original of any and all credit card records, fuel records, expense reimbursement, and pay records of Defendant Montezumas Revenge, Inc., and identify and explain each item that relates to Defendant Corey Monshaw Dunbar during March 9, 2021 through March 10, 2021.

- 17 -

**REQUEST FOR PRODUCTION NO. 69:** Produce copies of any and all telephone bills of Defendant Corey Monshaw Dunbar and identify any and all calls which were made to Defendant Montezumas Revenge, Inc., by Defendant Corey Monshaw Dunbar or made by Defendant Montezumas Revenge, Inc., to Defendant Corey Monshaw Dunbar in March 2021, and the dates, time, and location of Defendant Corey Monshaw Dunbar at the time of such calls.

**REQUEST FOR PRODUCTION NO. 70:** If Defendant Montezumas Revenge, Inc. communicated with its drivers by any means other than cell phone, produce a coy of the itemized statement for the same as it relates to communications to and from Defendant Corey Monshaw Dunbar for the month of March 2021.

**REQUEST FOR PRODUCTION NO. 71:** Produce a color photocopy of the front and back of Defendant Corey Monshaw Dunbar's commercial driver's license.

THIS, the 6th day of August, 2021.

RONNIE TEATER AND VICTOR BRAYDEN
TEATER, PLAINTIFFS

By: _____
T. MARK SLEDGE

T. Mark Sledge (MSB#6842/TX Bar#786816)
Attorney at Law, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 499-0995
Facsimile: (601) 427-0050
mark@sledgelawfirm.com

Marc E. Brand (MSB#4301)
Marc E. Brand and Associates
Post Office Box 3508
Jackson, Mississippi 39207
Telephone: (601) 354-7878
Facsimile:  (601) 718-6125
marc@brandlawfirm.com

- 18 -

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**                                    **PLAINTIFFS**

CERTIFIED AND ATTESTED A TRUE COPY
THIS __16__ DAY OF _September_ 20 __21__
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ WR _____  D.C.

**v.**                                           CIVIL ACTION NO. __21-LV-275__

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**                                      **DEFENDANTS**

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION  PROPOUNDED TO DEFENDANT, COREY MONSHAW DUNBAR

COMES NOW Plaintiff, Victor Brayden Teater, individually, and files this his First Set of

Interrogatories to Defendant, Corey Monshaw Dunbar (hereafter referred to as "Dunbar"), and said

Plaintiff hereby requests that these Interrogatories and Requests for Production of Documents and

Things be answered as provided for in the Mississippi Rules of Civil Procedure, said interrogatories

and request for production of documents and things are as follows:

### FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:** Please state your full name, date of birth, marital status and

present home address.  Please also include any other name, including nicknames that you have ever

been known by.

**INTERROGATORY NO. 2:** What is your Social Security number, current driver's license

number and type,  occupation, present place of employment, email address, names used on social

media, CB name or handle, and personal and/or work cell phone number and cell phone carrier.

**INTERROGATORY NO. 3:** Please list all driver's licenses you have ever held, including

the state of issue, the type license, the date of issue, the date of cancellation, revocation or expiration,

the reason for cancellation, revocation or expiration, any restriction ever placed on a license, any

1

**FILED**

**AUG 18 2021**

**SIMPSON COUNTY**
**CIRCUIT COURT**

endorsement on any license, such as, but not limited to, hazardous material, tanker, multiple trailers, etc., and for each license indicate if it was or is a regular driver's license or a commercial driver's license.

**INTERROGATORY NO. 4:** Please give your complete employment history from your first job through the present, and a description of your job duties and the reason for leaving each job. This inquiry includes whether you are still employed by Montezumas Revenge, Inc., and, if not, when you were terminated and the reason for your termination.

**INTERROGATORY NO. 5:** Please give your complete educational background including vocational and technical training from high school to present. Please include all formal driver's education or training, including short courses, seminars and the like. For each such course, please include the name of the school, duration of the course, date of completion and topics covered.

**INTERROGATORY NO. 6:** How many moving violation traffic tickets or other citations have you ever received?  Please give the date, location, reason for the ticket or citation,  and disposition of each, including any resulting in any type of license suspension or revocation. This Request includes citations for DUI or DWI, or any other driving while impaired charge.

**INTERROGATORY NO. 7:** Please give a complete description of all of your activities for the forty-eight (48) hours prior to the collision and continuing until the collision.

**INTERROGATORY NO. 8:**  Had you ingested any alcohol or taken any type of prescription or illegal drugs or over-the-counter medication within seventy-two (72) hours prior to this collision. If so, please fully describe any alcohol, drugs or medication ingested and give the time, date, quantity and reason, if any, for ingestion. Also by way of Request for Production of Documents, please provide a copy of any post-collision urine or blood test taken following this

2

collision.

**INTERROGATORY NO. 9:** Describe any and all vehicle collisions in which you have ever been involved as a driver of a vehicle (regardless of fault), including how said collision occurred, the date, location, number of vehicles, injuries or fatalities to any occupants.

**INTERROGATORY NO. 10:** Please describe in detail how the collision that is the subject of this lawsuit, occurred, including but not limited to, the number of vehicles involved, the types of vehicles involved, the drivers of said vehicles, positions of said vehicles at the time of impact, any passengers in said vehicles, the time of the day, weather conditions existing, distance traveled by said vehicles before and after impact, the speed at which said vehicles were traveling at the time of the impact, the speed at which said vehicles were traveling immediately prior to your braking, any reasons or opinions you may have as to why the collision occurred, how each of the persons involved in the collision left the scene of the collision, whether or not any of the vehicles were driveable following the collision, and if so, by whom were they driven, and the names and addresses of any police officers who responded to the collision, and fully describe any injuries which you sustained or which you noticed following the collision to any of the occupants of any other vehicle.

**INTERROGATORY NO. 11:** Identify by name, address, telephone number, qualifications, and present employment, each person that you expect to call as an expert witness to testify against the Plaintiff or on your behalf, at the trial of this case, the subject matter upon which such expert is expected to testify, the substance of the facts and opinions to which such expert is expected to testify, a summary of the grounds for each opinion, and identify by style, court and cause number, each and every civil action in which each of your expert witnesses have given their opinions and/or testified in deposition or at trial.

3

**INTERROGATORY NO. 12:**  Please state whether you or anyone on your behalf has employed, retained or authorized anyone to conduct any investigations into the background of the Plaintiff, his friends or associates, Plaintiff's activities prior to or subsequent to the collision alleged in the complaint or the extent of Plaintiff's injuries, and if so state the following:

        (a)    the name, address and telephone number of the individual employed, retained or authorized to conduct such investigation;

        (b)    the name, address and telephone number of the person authorizing such investigation;

        (c)    the dates such investigations took place, if any have been conducted to date;

        (d)    whether any photographs, slides, video tapes or motion pictures were taken or are expected to be taken;

        (e)    whether any recordings were taken or are expected to be taken; and

        (f)    the name and address of each person now having custody of each written report made concerning such investigations.

**INTERROGATORY NO. 13:**  Please state the total amount of damage done to the vehicle you operated.    Please state whether or not the vehicle has been repaired and if so, who did the repairs. If the vehicle has not been repaired, please state upon whose estimate or estimates you based the value of the damages done to the vehicle.

**INTERROGATORY NO. 14:**  Has a lawsuit ever been filed against you other than by Complaint in this action? If so, please state:

        (a)    the name, address and telephone number of each claimant;

        (b)    the name of the Court in which any action was filed and the case number; and

        (c)    the disposition of said cause of action.

4

**INTERROGATORY NO. 15:**  Have you ever been arrested for a felony or misdemeanor? If so, please give the location of the arrest, the charge(s), the disposition, the sentence and your actual experience with the sentence such as the time you served in jail or on probation or parol and the amount of any fine and whether it was paid and when and how, and indicate if you are presently on probation or parol.

**INTERROGATORY NO. 16:**  State the name, residence address, telephone number and place of employment of each person known to you, your attorneys, your representatives or anyone acting in their behalf or your behalf, who claims to be a witness to or claims to have any knowledge of any part of the facts referred to in your answers to these Interrogatories, or claims to have any knowledge of any facts regarding this collision and the events leading up to the same and its aftermath. And please give a brief summary of said knowledge. Also, please indicate whether you plan to call each such witness to testify at the trial of this cause.

**INTERROGATORY NO. 17:**  State what or who you contend caused or contributed to the collision and further state each source and basis for your answer.

**INTERROGATORY NO. 18:** If an investigation was done to determine whether or not this was a preventable accident within the meaning of the Federal Motor Carrier Safety Act. Please state who requested the investigation, who performed the investigation, give the findings of the investigation and by request for production of documents, please produce said report.

**INTERROGATORY NO. 19:**  Have you discussed this collision with anyone else. If so, please give the name, address, telephone number, title and job description of any person you have ever discussed this accident with, including your company risk manager, litigation coordinator, safety director or an investigator for any insurance company, insurance adjuster or claims adjuster.

5

**INTERROGATORY NO. 20:**  If you contend that Plaintiff, Victor Brayden Teater, contributed to this collision in any way or could have done anything at all to avoid the vehicle collision or mitigate his damages, please fully describe the same.

**INTERROGATORY NO. 21:**  Please list every electronic device, tracking device, tracking assistance device, event recognition device, or event recording device, carried on your person or located in the cab or on the truck, including, but not limited to, cell phone, laptop, ipad, smart tablet, or other computer, PDA, CB radio, weather band radio, satellite radio, short wave radio, AM/FM radio, crash data retrieval system, GPS, bar codes, cargo tracking system, anti-theft device, transponder, electronic log book, engine control module, event data recorder, television, or satellite TV or radio.  Please give the number for any cell phone you used at any time during the month of March and give the telephone number, whose name the phone is listed and indicate who pays the bill.

**INTERROGATORY NO. 22:**  Please give a complete description of your expected and assigned work day on March 10, 2021, including times of each expected activity, location of pickups and deliveries, cargo hauled, intended destination and expected time and location of the conclusion of your work day.  Please include whether you were able to complete your workday following the crash.

**INTERROGATORY NO. 23:**  Please state whether the trip you were making on March 10, 2021 was your normal trip or haul and, if so, state how long this had been your normal trip.  If this was not your normal trip, please describe your normal trip.

**INTERROGATORY NO. 24:**  Please list every witness you will or may call and give a brief summary of their knowledge of facts and expected testimony.

**INTERROGATORY NO. 25:** Please describe in complete detail the segment of your trip that involved the crash including, but not limited to, the load or cargo being hauled or picked up, where this segment began, the time of beginning, the intended destination, the intended time of delivery or pickup, the route to be followed and any route corrections or changes.

## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** A photocopy of the front and back of your present commercial driver's license.

**REQUEST FOR PRODUCTION NO. 2:** Any and all statements taken identified in response to Interrogatory No. 16.

**REQUEST FOR PRODUCTION NO. 3:** Any and all Curriculum Vitae and list of prior testimony for expert witnesses identified in response to Interrogatory No. 11.

**REQUEST FOR PRODUCTION NO. 4:** Any and all photographs taken as a result of this collision.

**REQUEST FOR PRODUCTION NO. 5:** Any and all statements relating in any way to this collision, including, but not limited to, those and/or reports identified in response to any Interrogatory.

**REQUEST FOR PRODUCTION NO. 6:** Any and all billing or itemized records for any cell phone or any personal communication device used by you from March 1, 2021, through March 10, 2017.

**REQUEST FOR PRODUCTION NO. 7:** A copy of any and all urine and/or blood test results taken within forty-eight (48) hours following the collision that is the subject of this litigation.

7

**REQUEST FOR PRODUCTION NO. 8:** Photocopy of drivers logs maintained by you for six (6) months prior to this collision.

**REQUEST FOR PRODUCTION NO. 9:** Photocopy of any documentation collected while on the job for the period February 10, 2021, through and including March 10, 2021, including, but not limited to, fuel receipts, work orders, scale receipts, meal receipts, maintenance records, repair records, citations, bills of lading, loading or unloading documents, etc.

**REQUEST FOR PRODUCTION NO. 10:** Photocopy of pay stubs for January, February and March, 2021.

**REQUEST FOR PRODUCTION NO. 11:** A copy of any written communication from your employer Montezumas Revenge, Inc., regarding the load you were hauling, this collision and your employment.

**REQUEST FOR PRODUCTION NO. 12:** A copy of any report generated in order to determine if this was a preventable collision.

**REQUEST FOR PRODUCTION NO. 13:** A copy of the title to the tractor operated by Defendant Corey Monshaw Dunbar at the time of the collision on March 10, 2021.

**REQUEST FOR PRODUCTION NO. 14:** A copy of any printout for downloaded information from the tractor of the 18-wheeler you were driving at the time of the collision.

**REQUEST FOR PRODUCTION NO. 15:** A copy of any and all documents that represent or memorializes the operating agreement you had with Montezumas Revenge, Inc. regarding your employment or operating contract at the time of the collision.

**REQUEST FOR PRODUCTION NO. 16:** A copy of any document that relates to or explains how you were being compensated by Montezumas Revenge, Inc. at the time of this crash.

8

THIS the 6th day of August, 2021.

Respectfully submitted,

RONNIE TEATER AND VICTOR BRAYDEN TEATER,
PLAINTIFFS

T. MARK SLEDGE

T. MARK SLEDGE (MSB #6842/TX Bar#786816)
Attorney at Law, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 499-0995
Facsimile: (601) 427-0050
mark@sledgelawfirm.com

Marc E. Brand (MSB#4301)
Marc E. Brand and Associates
Post Office Box 3508
Jackson, Mississippi 39207
Telephone: (601) 354-7878
Facsimile:   (601) 718-6125
marc@brandlawfirm.com

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**

CERTIFIED AND ATTESTED A TRUE COPY
THIS _16_ DAY OF _September_ 20 _21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _WA_                          **PLAINTIFFS**

**v.**                                                  **CIVIL ACTION NO.** _21-CV-275_

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**                                **DEFENDANTS**

### PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS
### PROPOUNDED TO DEFENDANT, MONTEZUMAS REVENGE, INC.

COMES NOW Plaintiffs, RONNIE TEATER and VICTOR BRAYDEN TEATER, by and

through their attorneys, and files this their First Set of Request for Admissions to Defendant,

MONTEZUMAS REVENGE, INC., and said Plaintiffs hereby request that these Requests for

Admissions be answered as provided for in the Mississippi Rules of Civil Procedure, said request

for admissions are as follows:

**REQUEST FOR ADMISSION NO. 1:** Please admit that this lawsuit arises out of a

collision that Defendant Corey Monshaw Dunbar, was involved in that occurred on March 10, 2021.

**REQUEST FOR ADMISSION NO. 2:** Please admit that you were an employer of

Defendant Corey Monshaw Dunbar, on or about March 10, 2021.

**REQUEST FOR ADMISSION NO. 3:** Please admit that Defendant Corey Monshaw

Dunbar was in the course and scope of your employment at the time of said collision on or about

March 10, 2021.

**REQUEST FOR ADMISSION NO. 4:** Please admit that on March 10, 2021, Defendant

Corey Monshaw Dunbar was an agent of Defendant of Montezumas Revenge, Inc..

**REQUEST FOR ADMISSION NO. 5:** Please admit that at the time of the March 10, 2021,

collision at issue in this lawsuit, Defendant Corey Monshaw Dunbar was acting in the scope of your

agency.

FILED

AUG 18 2021

SIMPSON COUNTY
CIRCUIT COURT

**REQUEST FOR ADMISSION NO. 6:** Please admit that on March 10, 2021, Defendant Corey Monshaw Dunbar was driving a truck owned by Corey Monshaw Dunbar.

**REQUEST FOR ADMISSION NO. 7:** Please admit that on March 10, 2021, Defendant Corey Monshaw Dunbar was involved in a collision while driving for Defendant Montezumas Revenge, Inc.

**REQUEST FOR ADMISSION NO. 8:** Please admit that at the time of the crash that gives rise to this litigation, Defendant Corey Monshaw Dunbar, had been hired to haul a load for Defendant Montezumas Revenge, Inc.

**REQUEST FOR ADMISSION NO. 9:** Please admit that Defendant Corey Monshaw Dunbar was an owner/operator under contract and driving for Defendant Montezumas Revenge, Inc. at the time of the March 10, 2021 crash.

**REQUEST FOR ADMISSION NO. 10:** Please admit that Plaintiff Victor Brayden Teater was in no way negligent in regards to the vehicle collision that occurred on March 10, 2021.

**REQUEST FOR ADMISSION NO. 11:** Please admit that Plaintiff Victor Brayden Teater was injured in the vehicle collision which occurred on or about March 10, 2021.

**REQUEST FOR ADMISSION NO. 12:** Please admit that at the time of the collision on March 10, 2021, your driver Corey Monshaw Dunbar was in the northbound lane of Highway 49.

**REQUEST FOR ADMISSION NO. 13:** Please admit that your driver, Defendant Corey Monshaw Dunbar, caused the collision that is the subject of this litigation.

**REQUEST FOR ADMISSION NO. 14:** Please admit that Plaintiff Victor Brayden Teater has incurred medical expenses as a result of the March 10, 2021, collision.

**REQUEST FOR ADMISSION NO. 15:** Please admit that Plaintiff Victor Brayden Teater was not at fault for the March 10, 2021, collision.

**REQUEST FOR ADMISSION NO. 16:** Please admit that Plaintiff Victor Brayden Teater, was operating his vehicle legally immediately prior to the March 10, 2021 collision.

**REQUEST FOR ADMISSION NO. 17:** Please admit that Plaintiff Victor Brayden Teater, was obeying all laws, rules and regulations of the road immediately prior to the collision.

**REQUEST FOR ADMISSION NO. 18:** Please admit that Plaintiff was in the right or outside northbound lane of Mississippi Highway 49 in Simpson County, Mississippi, just prior to the collision.

**REQUEST FOR ADMISSION NO. 19:** Please admit that Plaintiff's vehicle was being operated within the posted speed limit, immediately prior to the collision.

**REQUEST FOR ADMISSION NO. 20:** Please admit that Plaintiff's vehicle was being operated within every aspect of the laws of the State of Mississippi.

**REQUEST FOR ADMISSION NO. 21:** Please admit that the proximate cause of the collision and the injuries sustained by Plaintiff Victor Brayden Teater was Defendant Corey Monshaw Dunbar's negligence.

**REQUEST FOR ADMISSION NO. 22:** Please admit that the Federal Motor Carrier Safety Regulations apply to Defendant Corey Monshaw Dunbar as a commercial driver.

**REQUEST FOR ADMISSION NO. 23:** Please admit that Defendant Corey Monshaw Dunbar has a valid commercial drivers license.

**REQUEST FOR ADMISSION NO. 24:** Please admit that Defendant Corey Monshaw Dunbar was given a copy of the Federal Motor Carrier Safety Regulations upon being hired by Montezumas Revenge, Inc.

**REQUEST FOR ADMISSION NO. 25:** Please admit that the Federal Motor Carrier Safety Regulations are the "trucker's bible."

This the 6th day of August, 2021.

Respectfully submitted,

RONNIE TEATER and VICTOR BRAYDEN TEATER,
PLAINTIFFS

_____
T. MARK SLEDGE

T. MARK SLEDGE (MSB #6842)
Attorney at Law, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 499-0995
Facsimile: (601) 427-0050
mark@sledgelawfirm.com

Marc E. Brand (MSB#4301)
Marc E. Brand and Associates
Post Office Box 3508
Jackson, Mississippi 39207
Telephone: (601) 354-7878
Facsimile:  (601) 718-6125
marc@brandlawfirm.com

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**                    CERTIFIED AND ATTESTED A TRUE COPY                    **PLAINTIFFS**
**VICTOR BRAYDEN TEATER** THIS _16_ DAY OF _September_, 20 _21_
                                          WITT FORTENBERRY, CIRCUIT CLERK
**v.**                                    BY __WA__   CIVIL ACTION NO. _21-CV-225_

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**                                                    **DEFENDANTS**

### PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS
### PROPOUNDED TO DEFENDANT, COREY MONSHAW DUNBAR

COMES NOW Plaintiffs, Ronnie Teater and Victor Brayden Teater, by and through their

attorneys, and files this his First Set of Request for Admissions to Defendant, Corey Monshaw

Dunbar, and said Plaintiff hereby requests that these Requests for Admissions be answered as

provided for in the Mississippi Rules of Civil Procedure, said request for admissions are as follows:

**REQUEST FOR ADMISSION NO. 1:**  Please admit that this lawsuit arises out of a

collision that you were involved in that occurred on March 10, 2021.

**REQUEST FOR ADMISSION NO. 2:**  Please admit that you were an employee of

Defendant Montezumas Revenge, Inc., on or about March 10, 2021.

**REQUEST FOR ADMISSION NO. 3:** Please admit that you were in the course and scope

of your employment with Defendant Montezumas Revenge, Inc., at the time of said collision on or

about March 10, 2021.

**REQUEST FOR ADMISSION NO. 4:**  Please admit that on March 10, 2021, you were an

agent of Defendant of Montezumas Revenge, Inc.

**REQUEST FOR ADMISSION NO. 5:** Please admit that at the time of the March 10, 2021

collision at issue in this lawsuit, you were acting in the scope of your agency with Defendant

Montezumas Revenge, Inc.

# FILED

AUG 18 2021

**SIMPSON COUNTY**
**CIRCUIT COURT**

**REQUEST FOR ADMISSION NO. 6:** Please at admit that on March 10, 2021, you were driving a truck owned by you.

**REQUEST FOR ADMISSION NO. 7:** Please admit that on March 10, 2021, you were driving your truck with the knowledge of and in the employment of Defendant Montezumas Revenge, Inc.

**REQUEST FOR ADMISSION NO. 8:** Please admit that on March 10, 2021, you were involved in a collision while driving for Defendant Montezumas Revenge, Inc.

**REQUEST FOR ADMISSION NO. 9:** Please admit that Plaintiff Victor Brayden Teater was in no way negligent in regards to the vehicle collision that occurred on March 10, 2021.

**REQUEST FOR ADMISSION NO. 10:** Please admit that Plaintiff Victor Brayden Teater was injured in the vehicle collision which occurred on or about March 10, 2021.

**REQUEST FOR ADMISSION NO. 11:** Please admit that on March 10, 2021, you made a U-turn into the Northbound lane of Highway 49 immediately prior to the crash that is the subject of this litigation.

**REQUEST FOR ADMISSION NO. 12:** Please admit that you caused the collision that is the subject of this litigation.

**REQUEST FOR ADMISSION NO. 13:** Please admit that Plaintiff Victor Brayden Teater has incurred medical expenses as a result of the March 10, 2021 collision.

**REQUEST FOR ADMISSION NO. 14:** Please admit that Plaintiff Victor Brayden Teater was the driver of a vehicle that was involved in a collision on March 10, 2021, with your truck that you were driving.

**REQUEST FOR ADMISSION NO. 16:** Please admit that Plaintiff was operating his vehicle legally at the time of March 10, 2021 collision.

**REQUEST FOR ADMISSION NO. 17:** Please admit that Plaintiff was obeying all laws, rules and regulations of the road immediately prior to the collision.

**REQUEST FOR ADMISSION NO. 18:** Please admit that immediately prior to the collision you were traveling in a northerly direction on Highway 49 in Simpson County, Mississippi.

**REQUEST FOR ADMISSION NO. 19:** Please admit that Plaintiff was in the northbound lane of Mississippi Highway 49 in Simpson County, Mississippi, immediately prior to the collision.

**REQUEST FOR ADMISSION NO. 20:** Please admit that the collision occurred in the northbound lane of Mississippi Highway 49 in Simpson County, Mississippi.

**REQUEST FOR ADMISSION NO. 21:** Please admit that Plaintiff's vehicle was being operated within the posted speed limit.

**REQUEST FOR ADMISSION NO. 22:** Please admit that Plaintiff's vehicle was being operated within every aspect of the laws of the State of Mississippi.

**REQUEST FOR ADMISSION NO. 23:** Please admit that Patrolman Matthew Moulds of the Mendenhall Police Department worked the wreck.

**REQUEST FOR ADMISSION NO. 24:** Please admit that the proximate cause of the collision and the injuries sustained by Plaintiff Victor Brayden Teater was your negligence.

**REQUEST FOR ADMISSION NO. 25:** Please admit that the Federal Motor Carrier Safety Regulations apply to you as a commercial driver.

**REQUEST FOR ADMISSION NO. 26:** Please admit that you have a valid commercial drivers license.

**REQUEST FOR ADMISSION NO. 27:** Please admit that you studied the commercial drivers license manual in order to get a commercial drivers license.

**REQUEST FOR ADMISSION NO. 28:**  Please admit that you were given a copy of the Federal Motor Carrier Safety Regulations upon being hired by Montezumas Revenge, Inc.

**REQUEST FOR ADMISSION NO. 29:**  Please admit that the Federal Motor Carrier Safety Regulations are the "trucker's bible."

**REQUEST FOR ADMISSION NO. 30:**  Please admit that the collision which gives rise to this lawsuit occurred on U.S. Highway 49 in Simpson County, Mississippi.

**REQUEST FOR ADMISSION NO. 31:**  Please admit that there is a minimum speed limit of 35 mph on U.S. Highway 49 in Mississippi.

**REQUEST FOR ADMISSION NO. 32:**  Please admit that at the time of the collision, you were traveling at a speed less than the minimum speed limit on U.S. Highway 49.

**REQUEST FOR ADMISSION NO. 33:**  Please admit that you had been retained or hired by Montezumas Revenge, Inc., to haul a load for them at the time of the crash.

This the 6th day of August, 2021.

Respectfully submitted,

RONNIE TEATER and VICTOR BRAYDEN TEATER,
PLAINTIFFS

T. MARK SLEDGE

T. MARK SLEDGE (MSB #6842)
Attorney at Law, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 499-0995
Facsimile: (601) 427-0050
mark@sledgelawfirm.com

4

Marc E. Brand (MSB#4301)
Marc E. Brand and Associates
Post Office Box 3508
Jackson, Mississippi 39207
Telephone: (601) 354-7878
Facsimile:  (601) 718-6125
marc@brandlawfirm.com

**PROOF OF SERVICE - Summons**

_____ _Montezumas Revenge, Inc / CT Corp_

Name of Person or Entity Served

I, the undersigned, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

☑   I personally delivered copies of the Summons and Complaint on the **24** day of _Aug_ , 2021.   _Hand Delivery to Lisa Bartunek_

☐   I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2021, by United States Mail, Postage Prepaid, Certified, Return Receipt Requested.

☐   After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to _____ within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2021, at the usual place of abode of said _____ by leaving a true copy of the Summons and Complaint with _____, who is the _____ (here insert wife, husband, son, daughter or other person as the case may be) a member of the family of the person served above the age of 16 years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid), a copy to the person served at his or her usual place of abode where the copies were left.

CERTIFIED AND ATTESTED A TRUE COPY

THIS _16_ DAY OF _September_, 20 _21_

WITT FORTENBERRY, CIRCUIT CLERK

BY _WM_

☐   I was unable to serve the Summons and Complaint.

At the time of the service I was at least 18 years of age and not a party to this action.

I, _David Langley_ , served the above Summons and copy of the Complaint on _24th Day of Aug_ , 2021, in the manner set forth above.

_____

SWORN TO AND SUBSCRIBED before me, on this, the _____ day of _____ 2021.

_____
NOTARY PUBLIC

My Commission Expires:

_____

- 3 -

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**

**PLAINTIFFS**

v.

CIVIL ACTION NO.
21-CV-275

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**

**DEFENDANTS**

---

# S U M M O N S

---

**THE STATE OF MISSISSIPPI**

**COUNTY OF RANKIN**

**TO:**  **Montezumas Revenge, Inc.**
   **c/o C. T. Corporation System**
   **645 Lakeland East Drive, Suite 101**
   **Flowood, Mississippi 39232**

CERTIFIED AND ATTESTED A TRUE COPY
THIS _16_ DAY OF _September_ 20 _21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ D.C.

## NOTICE TO DEFENDANT

**THE COMPLAINT, PLAINTIFFS' FIRST SET OF INTERROGATORIES; PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS, AND PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS, ATTACHED TO THIS SUMMONS, ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AND RESPONDING TO THE PROPOUNDED DISCOVERY AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.**

You are required to mail or hand deliver a copy of a written response to the Complaint to T. Mark Sledge whose address is 587 Highland Colony Parkway, Ridgeland, Mississippi 39157, the attorney for the Plaintiffs. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also respond to the propounded discovery within forty-five (45) days from the date of service.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the _18th_ day of August, 2021.

WITT FORTENBERRY
SIMPSON COUNTY CIRCUIT COURT CLERK

By: _Kathy Breen_ ,D.C.

**PROOF OF SERVICE - Summons**

_Montezumas Revenge, Inc / CT Corp_

Name of Person or Entity Served

    I, the undersigned, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

☑    I personally delivered copies of the Summons and Complaint on the _24_ day of _Aug_, 2021. _Hand Delivery to Lisa Bartunek_

☐    I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2021, by United States Mail, Postage Prepaid, Certified, Return Receipt Requested.

**CERTIFIED** AND ATTESTED A TRUE COPY
THIS __16__ DAY OF _Sept-ber_ 20 _21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ D.C.

☐    After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to _____ within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2021, at the usual place of abode of said _____ by leaving a true copy of the Summons and Complaint with _____, who is the _____ (here insert wife, husband, son, daughter or other person as the case may be) a member of the family of the person served above the age of 16 years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid), a copy to the person served at his or her usual place of abode where the copies were left.

☐    I was unable to serve the Summons and Complaint.

    At the time of the service I was at least 18 years of age and not a party to this action.

_24th Day of Aug_, I, _David Langley_, served the above Summons and copy of the Complaint on _____, 2021, in the manner set forth above.

SWORN TO AND SUBSCRIBED before me, on this, the _24th_ day of _August_ 2021.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 58861
AMY A. ALSTON
My Commission Expires
Commission Expires
June 6, 2024
HINDS COUNTY

- 3 -

## IN THE CIRCUIT COURT SIMPSON COUNTY, MISSISSIPPI

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**

**PLAINTIFFS**

v.

CIVIL ACTION NO.

*21-CV-275*

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**

**DEFENDANTS**

---

## S U M M O N S

---

**THE STATE OF MISSISSIPPI**

**COUNTY OF RANKIN**

CERTIFIED AND ATTESTED A TRUE COPY

THIS _16_ DAY OF _September_, 20 _21_

WITT FORTENBERRY, CIRCUIT CLERK

BY _____ D.C.

TO:   **Montezumas Revenge, Inc.**
      **c/o C. T. Corporation System**
      **645 Lakeland East Drive, Suite 101**
      **Flowood, Mississippi 39232**

### NOTICE TO DEFENDANT

THE COMPLAINT, PLAINTIFFS' FIRST SET OF INTERROGATORIES; PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS, AND PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS, ATTACHED TO THIS SUMMONS, ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AND RESPONDING TO THE PROPOUNDED DISCOVERY AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

You are required to mail or hand deliver a copy of a written response to the Complaint to T. Mark Sledge whose address is 587 Highland Colony Parkway, Ridgeland, Mississippi 39157, the attorney for the Plaintiffs. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also respond to the propounded discovery within forty-five (45) days from the date of service.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the _18th_ day of August, 2021.

WITT FORTENBERRY
SIMPSON COUNTY CIRCUIT COURT CLERK

By: _Kathy Buen_ .D.C.

- 2 -

Case: 64CI-21-cv-00275-P1   Document #: 11   Filed: 09/16/2021   Page 1 of 1

**UPSHAW · WILLIAMS**
BIGGERS & BECKHAM LLP

ATTORNEYS AT LAW

P.O. BOX 3080  RIDGELAND, MISSISSIPPI  39158-3080

| Tommie G. Williams | Richard L. Kimmel | Tommie G. Williams, Jr. | James E. Upshaw |
| Marc A. Biggers | W. Hugh Gillon, IV | Loraleigh C. Phillips* | 1931-2016 |
| Glenn F. Beckham* | Patrick M. Tatum | Harris F. Powers, III* | |
| F. Ewin Henson, III | J. L. Wilson, IV | Victoria N. Mitchell | *Also admitted in Nevada |
| Clinton M. Guenther | Steven C. Cookston* | | *Also admitted in Tennessee |
| Richard C. Williams, Jr. | Peter L. Corson | | *Also admitted in Louisiana |

September 14, 2021

**VIA HAND-DELIVERY**
Mr. Arthur S. Johnston, III
United States District Court Clerk
Southern District of Mississippi, Northern Division
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201

CERTIFIED AND ATTESTED A TRUE COPY
THIS __16__ DAY OF _September_ 20.__21__
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ D.C.

Re:   *Ronnie Teater and Victor Brayden Teater vs. Montezumas Revenge, Inc. and Corey*
      *Monshaw Dunbar;* In the United States District Court for the Southern District of
      Mississippi, Northern Division

Dear Mr. Johnston:

Enclosed herein please find the Defendants', Montezumas Revenge, Inc. and Corey
Monshaw Dunbar, Notice of Removal and Civil Coversheet. We ask that you please file same on
the ECF. By copy of this letter we are sending a copy of the Notice of Removal and Civil
Coversheet to Plaintiff's counsel, T. Mark Sledge, Esquire and Marc E. Brand, Esquire, via
electronic mail, and the Circuit Clerk of Simpson County, Mr. Witt Fortenberry. We have also
enclosed our firm check no. 73954 in the amount of $402.00 in payment of the filing fee for the
Notice of Removal and ask that you return a filed/stamped copy along with a receipt for accounting.

Thank you for your assistance in this matter. If you should have any questions, please do not
hesitate to contact us.

Very truly yours,

UPSHAW, WILLIAMS, BIGGERS,
& BECKHAM, LLP

Patrick M. Tatum

**FILED**

SEP 16 2021

**SIMPSON COUNTY
CIRCUIT COURT**

PMT\tbc
Enclosures
cc:   T. Mark Sledge, Esquire
      Marc E. Brand, Esquire
      Mr. Witt Fortenberry, via USPS

**GREENWOOD**
309 Fulton Street
Greenwood, Mississippi 38930
Telephone 662.455.1613
Fax 662.453.9245
**MAILING ADDRESS**
P.O. Box 8230  Greenwood, Mississippi 38935-8230

**RIDGELAND**
713 South Pear Orchard Road, Suite 102
Ridgeland, Mississippi 39157
Telephone 601.978.1996
Fax 601.978.1949
**MAILING ADDRESS**
P.O. Box 3080  Ridgeland, Mississippi 39158-3080

**HERNANDO**
2042 McIngvale Road
Hernando, Mississippi 38632
Telephone 662.429.5890
Fax 662.453.9245
**MAILING ADDRESS**
P.O. Box 8230  Greenwood, Mississippi 38935-8230

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**RONNIE TEATER and**
**VICTOR BRAYDEN TEATER**

                                                                    **PLAINTIFFS**

**v.**                                             CIVIL ACTION NO. *21- CV-275*

**MONTEZUMAS REVENGE, INC. and**
**COREY MONSHAW DUNBAR**                                           **DEFENDANTS**

### NOTICE OF REMOVAL

COME NOW the Defendants, Montezumas Revenge, Inc. and Corey Monshaw Dunbar,

by and through undersigned counsel, and file this, their Notice of Removal of this civil action

from the Circuit Court of Simpson County, Mississippi to the United States District Court for the

Southern District of Mississippi, Northern Division.  In support of said Notice of Removal, the

Defendants would show unto the Court the following:

1.      There is now pending in the Circuit Court of Simpson County, Mississippi, a

certain civil action styled *Ronnie Teater and Victor Brayden Teater v. Montezumas Revenge, Inc.*

*and Corey Monshaw Dunbar*, bearing Civil Action No.: 21-cv-275.  A copy of all pleadings and

Orders entered in connection to the State Court action have been requested and will be filed with

this Court within fourteen (14) days.

2.      This civil action filed by the Plaintiffs allege that the Plaintiffs are entitled to

recover damages as a result of injuries that they sustained in an automobile accident.  The United

States District Court for the Southern District of Mississippi, Northern Division is the proper

district and division for removal from the Circuit Court of Simpson County, Mississippi to

CERTIFIED AND ATTESTED A TRUE COPY
THIS _16_ DAY OF _September_, 20_21_
WITT FORTENBERRY, CIRCUIT CLERK
BY _____ D.C.

FILED
SEP 16 2021
SIMPSON COUNTY
CIRCUIT COURT

Federal Court. The Defendant was served with the Complaint on August 24, 2021, so this Removal is being filed within thirty (30) days of service of process.

3.     Although the Plaintiffs do not specifically ask for an amount in their lawsuit, from conversations with Plaintiffs' counsel the Plaintiffs have admitted that the amount in controversy exceeds the sum of $75,000. Specifically, the Plaintiffs allege in their suit that they sustained "serious life threatening injuries" "all of which will continue into the future". The Plaintiffs further claim that they sustained loss of income as well as scarring, emotional distress, as well as pain and suffering. From the description in the Complaint, as well as conversations with Plaintiffs' counsel, it is clear that the amount in controversy exceeds the total sum of $75,000, which satisfies the removal requirements.

4.     The parties of this action are citizens of different states as alleged and admitted to by the Plaintiffs. The Plaintiffs are adult resident citizens of Simpson County, Mississippi. The Defendant, Montezumas Revenge, Inc., is a Georgia corporation with its principal place of business in Norcross, Georgia. The Defendant, Corey Monshaw Dunbar, is an adult resident citizen of Morrow, Georgia.

5.     Pursuant to the provisions of Title 28, U.S.C. §1441 et seq., this civil action is removable by these Defendants.

6.     Simultaneously with the filing of this Notice of Removal, the Defendants have given the Plaintiffs written notice of the removal of this civil action and is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Simpson County, Mississippi.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that this Notice of Removal, together with the attached exhibits be received and filed and that the Circuit Court of

2

Simpson County, Mississippi, receive no further herein. The Defendants further pray for all necessary writs to bring before this Honorable Court all records and proceedings currently on file in Simpson County, Mississippi. The Defendants further pray for such other specific and general relief for which it may be entitled to receive in the premises.

Respectfully submitted, this the 14th day of September, 2021.

MONTEZUMAS REVENGE, INC. and
COREY MONSHAW DUNBAR

BY: _____

PATRICK M. TATUM

OF COUNSEL:

PATRICK M. TATUM (MSB# 9852)
VICTORIA N. MITCHELL (MSB# 105831)
UPSHAW, WILLIAMS, BIGGERS
    & BECKHAM, LLP
713 South Pear Orchard, Suite 102
Ridgeland, Mississippi 39157
Post Office Box 3080
Ridgeland, MS   39158-3080
Telephone: (601) 978-1996
Facsimile: (601) 978-1949
ptatum@upshawwilliams.com
vmitchell@upshawwilliams.com

3

## CERTIFICATE OF SERVICE

I, PATRICK M. TATUM, counsel for Defendants, do hereby certify that I have this date

electronically filed the foregoing document with the Clerk of the Court, via ECF system, which sent

notification of such filing to the following:

> T. Mark Sledge, Esquire
> Attorney at Law, PLLC
> 587 Highland Colony Parkway
> Ridgeland, Mississippi 39157
> mark@sledgelawfirm.com

> Marc E. Brand, Esquire
> Marc E. Brand and Associates
> Post Office Box 3508
> Jackson, Mississippi 39207
> marc@brandlawfirm.com

CERTIFIED this the 14th day of September, 2021.

PATRICK M. TATUM

4